IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. FRANKLIN, #180393, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-894-WHA |
| HENDERSON, BLACK & GREEN, | ) |
| Defendant. | ) |

## **ORDER**

On September 14, 2020, the Magistrate Judge entered a Recommendation (Doc. #7) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay an initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE this 7th day of October, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE